UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR279(VLB) |
| v. | VIOLATIONS: |
| ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza" | 18 U.S.C. § 1001 (False Statement) |
| | 18 U.S.C. § 1035(a)(2) (False Statement in a Healthcare Matter) |

INDICTMENT

The Grand Jury charges:

GENERAL ALLEGATIONS

1. The defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza" ("MANN"), was born on September 24, 1952, and is a citizen of Canada. MANN has never applied for nor received citizenship status in the United States. Accordingly, MANN is not a citizen and/or national of the United States.

2. On or about June 24, 1987, a warrant for MANN's arrest was issued in Canada for the offense of abduction. Sometime thereafter, on a date unknown to the Grand Jury, MANN entered the United States.

3. On or about June 25, 1990, MANN, using the alias "Hailee Randolph DeSouza," applied for and received a Social Security Number. MANN indicated that his place of birth was Houston, Texas, and his birth date was "06-19-57." The Social Security Administration reported that in support of this application, MANN presented a birth certificate from Houston, Texas. On

May 14, 2018, MANN, using the alias "Hailee Randolph DeSouza," applied for a replacement Social Security card in person at the offices of the Social Security Administration in Willimantic, Connecticut.

4. On or about November 19, 2004, MANN, using the alias "Hailee R. DeSouza," signed a United States Department of Housing and Urban Development's ("HUD") Form 50059 in order to participate in HUD's Section 8 program. This program is a project-based program, which provides rental assistance to eligible tenants. In connection with the Form 50059, MANN also falsely certified that he was "a citizen or national of the United States." MANN, using the alias of "Hailee R. DeSouza," has participated in the Section 8 program at various times since 2004 and continuously from August 2016 to the present.

5. In 2016 and 2017, as part of MANN's participation in HUD's Section 8 program, he was required to sign a HUD Form 50059 Certification as a tenant. On that form, MANN was required to certify his name, date of birth, and that he was a "citizen or national" of the United States. That form contained a "Tenant(s)' Certification," which provided: "I/We certify that the information in Sections C, D, and E of this form are true and complete to the best of my/our knowledge and belief." The certification specified the penalties that could be imposed for furnishing false or incomplete information. As a result, HUD has paid tens of thousands of dollars in housing assistance payments on MANN's behalf.

6. In approximately September 2010, MANN, using the alias "Hailee R. DeSouza," applied to participate in the Medicaid program administered by the State of Connecticut, Department of Social Services. The Medicaid program is a "health care benefit program," as defined under Title 18, United States Code, Section 24(b), in which medical benefits, items, and services are provided to Medicaid clients in Connecticut. The Connecticut Medicaid program is

jointly funded by the State of Connecticut and the United States. On the application, MANN falsely reported his date of birth as June 19, 1957, and his place of birth as Texas. In response to the question "Are you fleeing from the authorities?" MANN falsely responded "No." The application form contains a section whereby the applicant acknowledges: "False or misleading statements made when applying for Medical Assistance violate federal law and may be punishable by [specified penalties]." MANN presented a fraudulent birth certificate from the State of Texas for "Hailee Randolph DeSouza."

7. On November 8, 2013, MANN, using the alias "Hailee Randolph DeSouza," applied to participate in the Medicaid program through the State of Connecticut's online web portal. MANN falsely stated that he was a "U.S. citizen" and falsely reported his date of birth. In 2016 and 2017, MANN, using the alias "Hailee Randolph DeSouza," completed Medicaid Reenrollment Applications. On both of these applications, MANN falsely stated that he was a U.S. citizen and falsely reported his date of birth. As a result, Medicaid has paid tens of thousands of dollars for MANN's medical expenses for the time period of January 1, 2014, to the present.

## COUNT ONE
(False Statement)

8. On or about May 14, 2018, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Social Security Administration, by falsely attesting that (1) his name was "Hailee Randolph DeSouza," and (2) that he was a United States citizen. The statements and representations were false because, as MANN then and there knew, his name was ALLAN MANN and he was not a citizen of the United States.

In violation of Title 18, United States Code, Section 1001.

## COUNT TWO
(False Statements)

9. On or about June 14, 2016, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of Housing and Urban Development, by falsely signing a HUD Form 50059 Certification stating (1) that his name was "DeSouza, Hailee," (2) that his date of birth was "06/19/1957," and (3) that his citizen code was "EC," which the instructions for the form indicate is the code for "citizen or national" of the United States. The statements and representations were false because, as MANN then and there knew, his name was ALLAN MANN, his date of birth was not June 19, 1957, and he was not a citizen or national of the United States.

In violation of Title 18, United States Code, Section 1001

## COUNT THREE
(False Statement)

10. On or about June 26, 2017, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of Housing and Urban Development, by falsely signing a HUD Form 50059 Certification stating that (1) his name was "DeSouza, Hailee," (2) that his date of birth was "06/19/1957," and (3) that his citizen code was "EC," which the instructions for the form indicate is the code for "citizen or national" of the United States. The statements and representations were

false because, as MANN then and there knew, his name was ALLAN MANN, his date of birth was not June 19, 1957, and he was not a citizen or national of the United States.

In violation of Title 18, United States Code, Section 1001.

## COUNT FOUR
(False Statement)

11.     On or about August 24, 2018, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of Housing and Urban Development, by falsely signing a HUD Form 50059 Certification stating (1) that his name was "DeSouza, Hailee," (2) that his date of birth was "06/19/1957," and (3) that his citizen code was "EC," which the instructions for the form indicate is the code for "citizen or national" of the United States.  The statements and representations were false because, as MANN then and there knew, his name was ALLAN MANN, his date of birth was not June 19, 1957, and he was not a citizen or national of the United States.

In violation of Title 18, United States Code, Section 1001.

## COUNT FIVE
(False Statement in a Healthcare Matter)

12.     On or about November 8, 2013, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, that is, (1) that his name was "Hailee Randolph DeSouza," (2) that his date of birth was "06/19/1957," and (3) that he was a "U.S. citizen," in connection with the delivery of health care benefits, items,

and services involving the federal Medicaid program, a health care benefit program as defined in 18 U.S.C. § 24(b).

In violation of Title 18, United States Code, Section 1035(a)(2).

## COUNT SIX
(False Statement in a Healthcare Matter)

13. On or about December 9, 2016, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, that is, (1) that his name was "Hailee Randolph DeSouza," (2) that his date of birth was "06/19/1957," and (3) that he was a "U.S. citizen," in connection with the delivery of health care benefits, items, and services involving the federal Medicaid program, a health care benefit program as defined in 18 U.S.C. § 24(b).

In violation of Title 18, United States Code, Section 1035(a)(2).

## COUNT SEVEN
(False Statement in a Healthcare Matter)

14. On or about November 14, 2017, in the District of Connecticut, the defendant ALLAN MANN, a.k.a. "Hailee Randolph DeSouza" and "Hailee R. DeSouza," knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, that is, (1) that his name was "Hailee Randolph DeSouza," (2) that his date of birth was "06/19/1957," and (3) that he was a "U.S. citizen," in connection with the delivery of health care benefits, items, and services involving the federal Medicaid program, a health care benefit program as defined in 18 U.S.C. § 24(b).

In violation of Title 18, United States Code, Section 1035(a)(2).

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY