UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-cr-00279 (JCH) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLAN MANN | : | MAY 20, 2019 |

## NOTICE OF APPEARANCE OF SEAN C. KOEHLER

To the Clerk of this court and all parties of record, please enter my appearance in this case for the defendant, Allan Mann.

                                            Respectfully submitted,

By:    */s/ Sean C. Koehler*
           Sean C. Koehler (ct29937)
           Wiggin and Dana LLP
           One Century Tower
           P.O. Box 1832
           New Haven, Connecticut 06508-1832
           Tel: 203-498-4400
           Fax: 203-782-2889
           E-mail: skoehler@wiggin.com

           *Counsel for Allan Mann*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2019, a copy of the foregoing **Notice of Appearance of Sean C. Koehler** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                        /s/  Sean C. Koehler
                          Sean C. Koehler