## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:18cr279(JCH) |
| | : | |
| v. | : | |
| | : | |
| ALLAN MANN | : | June 6, 2019 |

### MOTION TO WITHDRAW PRIOR MOTIONS FOR COMPETANCY EVALUATION AND TO SEAL

The defendant, Allan Mann, hereby moves to withdraw his prior counsel's Motion for a Competency Evaluation (Doc. No. 25), and the related motion to seal (Doc. No. 24). In support of these requests, undersigned counsel represents as follows:

1.      On May 13, 2019, Mr. Mann filed a motion for new counsel, which the Court granted three days later, on May 16. (Doc. Nos. 28, 31.)

2.      Since being appointed as stand-by counsel and, then, successor counsel, the undersigned has met Mr. Mann in-person on several occasions to discuss his case.

3.      Based on these direct interactions, undersigned counsel believes Mr. Mann can appreciate the distinction between a trial and sentencing, and that he is capable of making informed choices. Further, Mr. Mann appears capable of participating meaningfully in his defense and understanding the nature of the proceedings.

Wherefore, Mr. Mann moves to withdraw his Motion for a Competency Evaluation and the related Motion to Seal.

Respectfully submitted,

 /s/  *David Ring*                                   
David A. Ring, Esq. (ct14362)
Wiggin and Dana LLP
265 Church Street, P. O. Box 1832
New Haven, Connecticut 06508-1832
(Tel.) 203-498-4377
dring@wiggin.com
*Counsel for Mr. Mann*


## CERTIFICATION

I hereby certify that a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/  *David Ring*                      
        David A. Ring, Esq.