UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

USA

vs.

MANN

3:18-cr-279 (JCH)

## ORDER RETURNING SUBMISSION

We have received your motion, however, it is deficient in the area(s) checked below:

☒ Our records indicate you are represented by counsel in this matter, therefore, all filings must be made by the attorney of record.

☐ Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐ Other: Click or tap here to enter text.

The Clerk is hereby ORDERED to return the above document.

July 22, 2019
Date

/s/Janet C. Hall
United States District Judge

(JR)

Rev 7-18-19